UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALAOUI HAROUNI ABDELLAH** <br> **REG. #48585-265** | **CIVIL ACTION NO. 11-2230** <br> **SECTION P** |
| **VS.** | **JUDGE TRIMBLE** |
| **ERIC H. HOLDER, ET AL** | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Currently before the court is a petition for writ of *habeas corpus* filed by *pro se* petitioner, Alaoui Harouni Abdellah, pursuant to 28 U.S.C. §2241. When he filed his petition, he was in the custody of the Department of Homeland Security/Immigration Customs Enforcement (DHS/ICE). He was detained at the Oakdale Detention Center, Oakdale, Louisiana. This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. §636(b)(1)(B).

Petitioner filed this petition on December 29, 2011, seeking to have this court order his release from custody. Petitioner claimed that there was no significant likelihood of removal in the reasonably foreseeable future.

The December 29, 2011, petition is the last correspondence sent to the court from petitioner. In light of the information on the Federal Bureau of Prison's website which establishes that petitioner was released from post-removal-order detention custody on January 12, 2012, the court finds that his challenge to his detention is now moot and should be dismissed.

Accordingly,

IT IS RECOMMENDED that the petition be DENIED and DISMISSED as moot.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.** *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 15th day of March, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE