RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4 / 2 / 12
gDB

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ALAHUI HAROUNI ABDELLAH REG. #48585-265** | : | **DOCKET NO. 11-2230** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ERIC H. HOLDER, ET AL** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 2nd day of April 2, 2012.

**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**